IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**ANTHONY MARQUIS THOMAS**                                         **PLAINTIFF**

v.                                                                                                              **No. 1:21CV22-JMV**

**LEE COUNTY**
**SGT. SMOTHERMAN**                                                     **DEFENDANTS**

**FINAL JUDGMENT**

In accordance with the memorandum opinion entered this day, the defendants' motion for summary judgment is **GRANTED**, and judgment is **ENTERED** for the defendants in all respects.

**SO ORDERED**, this, the 1st day of June, 2023.

                                                            /s/ Jane M. Virden
                                                            UNITED STATES MAGISTRATE JUDGE